No. 73–6650. BROWN *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, *ante,* p. 894.] Motion of John Thomas Moran, Jr., Esquire, to permit Robert P. Isaac-

son, Esquire, to present oral argument *pro hac vice* on behalf of petitioner granted.